UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:08CR50-V |
| | ) | |
| | ) | BILL OF INDICTMENT |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| | ) | 18 U.S.C. § 2251(a) & (e) |
| DANIEL LLOYD AVERY KING | ) | 18 U.S.C. § 2252(a)(1)& (b)(1) |
| | ) | |

THE GRAND JURY CHARGES

## COUNT ONE

Between in or about April, 2004 and April 16, 2007, the exact date being unknown, in

Wilkes County, in the Western District of North Carolina, and elsewhere, the defendant,

## DANIEL LLOYD AVERY KING

did knowingly use, persuade, induce, entice and coerce a minor to engage in sexually explicit

conduct, as defined in 18 U.S.C. § 2256, for the purpose of producing visual depictions of such

conduct, which visual depictions, set forth below, were transported in interstate commerce from

the Western District of North Carolina to Oregon and elsewhere:

| jpeg_digital_camera_22.jpg |
| jpeg_digital_camera_23.jpg |
| jpeg_digital_camera_24.jpg |

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO

Between in or about April, 2004 and April 16, 2007, the exact date being unknown, in

Wilkes County, in the Western District of North Carolina, and elsewhere, the defendant,

**DANIEL LLOYD AVERY KING**

did knowingly use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256, for the purpose of producing visual depictions, set forth below, of such conduct, and such visual depictions having been produced using materials that had been mailed, shipped and transported in interstate and foreign commerce:

| |
|---|
| JPEG Digital Camera_31.jpg |
| JPEG Digital Camera_32.jpg |

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE

On or about May 17, 2004, in the Western District of North Carolina, and elsewhere, the defendant,

**DANIEL LLOYD AVERY KING**

knowingly transported and attempted to transport a visual depiction in interstate or foreign commerce by any means, including by computer, the producing of such visual depiction having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and such depiction was of such conduct, to wit: the images depicted in the following computer image files:

| |
|---|
| 11- - -1.jpg |
| 12- - -1.jpg |
| 0628.jpg |

All in violation of Title 18, United States Code, Section 2252(a)(1) & (b)(1).

## COUNT FOUR

On or about September 11, 2005, in the Western District of North Carolina, and elsewhere,

**DANIEL LLOYD AVERY KING**

knowingly transported and attempted to transport a visual depiction in interstate or foreign commerce by any means, including by computer, the producing of such visual depiction having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and such depiction was of such conduct, to wit: the computer video file "aprc.mpeg."

All in violation of Title 18, United States Code, Section 2252(a)(1) & (b)(1).

## COUNT FIVE

On or about September 12, 2005, within the Western District of North Carolina, and elsewhere,

**DANIEL LLOYD AVERY KING**

knowingly transported and attempted to transport a visual depiction in interstate or foreign commerce by any means, including by computer, the producing of such visual depiction having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and such depiction was of such conduct, to wit: the images contained in the following computer image files:

| JPEG Digital Camera_31.jpg |
| --- |
| JPEG Digital Camera_32.jpg |

All in violation of Title 18, United States Code, Section 2252(a)(1) & (b)(1).

## COUNT SIX

On or about December 22, 2006, in Caldwell County, in the Western District of North

Carolina, and elsewhere, the defendant,

**DANIEL LLOYD AVERY KING**

did knowingly possess one or more matters containing visual depictions that had been mailed, or shipped or transported in interstate or foreign commerce or which were produced using materials that were shipped or transported in interstate and foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and which visual depictions were of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

GRETCHEN C.F. SHAPPERT
United States Attorney

KIMLANI M. FORD
Assistant United States Attorney