IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 5:08CR00050-KDB |
| | ) | |
| DANIEL LLOYD AVERY KING | ) | |
| _____ | ) | |

## GOVERNMENT'S RESPONSE TO COURT'S ORDER

After Defendant filed his motion for compassionate release, the Court ordered the government "to inform the Court if Defendant has received, is scheduled to receive, or has refused to receive the COVID-19 vaccine in a brief filing with the Court that includes the relevant dates." *See* case #: 5:08-cr-00050-KDB text-only entry dated December 21, 2021. The following is the government's response to the Court's Order:

- Defendant tested positive for Covid-19 on or about January 10, 2021. ECF Doc.35, pp. 41, 43, 97. Defendant reported that he was suffering flu-like symptoms that included a stuffy and runny nose. *Id*. p. 41. His medical records do not reflect that he suffered any other symptoms. *Id*. pp. 41-43.

- Defendant received the first dose of the Moderna Covid-19 vaccine on February 24, 2021, and the second dose of that vaccine on March 24, 2021. *Id*. pp. 71, 132-133.

- Defendant tested positive for Covid-19 on or about January 5, 2022. *Id*. p. 1. He appears to be asymptomatic and currently is in isolation. *Id*. pp. 1-2.


RESPECTFULLY SUBMITTED, this 6th day of January 2022.

DENA J. KING
UNITED STATES ATTORNEY

/s/ Kimlani M. Ford
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
kimlani.ford@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this 6th day of January 2022, I caused to be served by mail a copy of the foregoing motion on the defendant at the following address:

Daniel King
No. 22678-058
Federal Correctional Complex Allenwood-Low
P.O. Box 1000
White Deer, PA 17887

s/KIMLANI M. FORD
Assistant United States Attorney